## IN BANKRUPTCY, AUGUST 29TH, 1842:

Before Judges IRVIN and MILLER.

In the matter of } *A bankrupt.*
JOHN A. McKISSON, }

IT seems objections were made to the bankrupt's discharge on the ground, that he had not scheduled and given up to the assignee, for the benefit of his creditors, certain improvements on the public lands of the United States.    Upon this question, the Court said:

The Court does not conceive the improvements on the public lands, as mentioned in the assignee's report herein, to be such an interest as can be passed to, or vested in, the assignee for the benefit of the creditors of the bankrupt.

NOTE.—From the above decision, it would seem to follow, that mere possession and improvements on the public lands, are not subject to sale under execution; that a judgment at law is no lien upon them; and that a mortgage upon them would not vest any right of foreclosure in the mortgagee. —[REP.